

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00287-CV

---

## In re Cirilo Arrieta, et al., Relators

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relators Cirilo Arrieta and his intervening family members filed an "Emergency Petition for Writ of Mandamus and Request for Immediate Temporary Stay of Eviction." Relators seemingly make two requests in their petition for writ of mandamus: (1) that this Court vacate an "unlawful" writ of possession authorized by the trial court; and (2) that we issue a writ of mandamus compelling the trial court to "vacate all undocumented verbal directives, follow TRCP 18a, and forward the pending Motion for Recusal to the Regional Presiding Judge." Their emergency request for relief asks that this Court issue an emergency stay of the writ of possession

in the underlying trial court case and that we order the "Precinct 3 Constable to cease all eviction actions scheduled for July 23, 2026."

"Mandamus is an extraordinary remedy requiring the relator to show that (1) the trial court has clearly abused its discretion and (2) the relator lacks an adequate appellate remedy." *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (per curiam).

After reviewing the mandamus petition, we conclude that Relators have not established that they are entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a). We further deny Relators' emergency motion for temporary relief under Texas Rule of Appellate Procedure 52 as moot. *See In re Alarid*, No. 08-26-00132-CV, 2026 WL 911214, at *1 (Tex. App.—El Paso Apr. 2, 2016, orig. proceeding) (mem. op.).

LISA J. SOTO, Justice

July 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox., dissenting

2